Date of Arrest: 07/15

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Ivan FIGUEROA-Diaz <br> AKA: None Known <br> 205602108 <br> YOB: 1982 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 22-02159MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 15, 2022, Defendant Ivan FIGUEROA-Diaz, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about February 16, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Abbie Marsh for AUSA John Ballos

Signature of Complainant
Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

July 18, 2022     at     Yuma, Arizona
Date                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

        Vs.

Ivan FIGUEROA-Diaz
AKA: None Known
205602108

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 15, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about February 16, 2016. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about February 16, 2016, through the port of Calexico, California.

Agents determined that on or about July 15, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs David Andre, David Rodriguez, Bryce Jackson.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Abel Nunez.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

    July 18, 2022
_____
Date

_____
Signature of Judicial Officer

- 2 -

## *Probable Cause Statement*

*I, Border Patrol Agent Anastasiya Katekhina, declare under penalty of perjury, the following is true and correct:*

Defendant: **Ivan FIGUEROA-Diaz**

Dependents: 2 - MEXICO

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on three (3) previous occasions. The Defendant has been removed a total of one (1) time.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 01/21/2004 | Mesa City Magistrate Court | DUI-Liquor/Drugs/Vapors/Combo | Convicted |
| 02/04/2014 | Mesa City Magistrate Court | Assault-Intent/reckless/injure | Convicted |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 15, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about February 16, 2016. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about February 16, 2016, through the port of Calexico, California.

Agents determined that on or about July 15, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on: July 16, 2022*     *Time: 09:35 AM MST*

*Signed: Anastasiya Katekhina, Border Patrol Agent*